**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

| | |
|---|---|
| **MARK R. LEE, M.D.,** | |
| **Plaintiff**, | |
| **v.** | **CIVIL ACTION NO.: 1:22-CV-156 (JUDGE KLEEH)** |
| **WEST VIRGINIA UNIVERSITY, WEST VIRGINIA UNIVERISTY SCHOOL OF MEDICINE, and WEST VIRGINIA MEDICAL CORPORATION, d/b/a University Health Associates,** | |
| **Defendants.** | |

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL [ECF NO. 69], AND DIRECTING PARTIES TO MEET AND CONFER PRIOR TO HEARING**

Presently pending before the Court is Plaintiff's motion to compel discovery [ECF No. 69], filed on February 6, 2024. By Referral Order [ECF No. 70] entered on February 6, 2024, the Hon. Thomas S. Kleeh, Chief United States District Judge, referred the motion to the undersigned Magistrate Judge for hearing and disposition.

Accordingly, it is hereby **ORDERED** that a Motion Hearing concerning the referred motion is scheduled before the undersigned on **Wednesday, February 28, 2024 at 2:00 p.m.**

The Motion Hearing will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link:

https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 .

Alternatively, participants may connect by telephone by calling (646) 828 7666, then entering Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting, they may

contact Magistrate Judge Aloi's Law Clerk directly by calling (304) 637-2239 or sending e-mail to nathan_fetty@wvnd.uscourts.gov.

Further, the parties are **ORDERED** to meet and confer, by telephone or other real-time means of communication, as to the pending motion prior to the hearing scheduled hereby. If the parties resolve all of the matters raised in said motion, counsel for the movant shall notify the Court forthwith, by contacting the above-noted Law Clerk. If the parties do not resolve the matters raised in the motion, the Court will inquire as to the same during the aforementioned hearing.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: February 7, 2024.**

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE