IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MARK R. LEE, M.D., | Civil Action No. 1:22-cv-156 |
| Plaintiff, | Judge Thomas S. Kleeh |
| v. | |
| WEST VIRGINIA UNIVERSITY, WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE and WEST VIRGINIA MEDICAL CORPORATION d/b/a UNIVERSITY HEALTH ASSOCIATES, | |
| Defendants. | **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE OF PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT WEST VIRGINIA MEDICAL CORPORATION d/b/a UNIVERSITY HEALTH ASSOCIATES**

AND NOW, comes Plaintiff, Mark R. Lee, M.D., by and through his undersigned counsel, JonesPassodelis, PLLC, and files the within Notice of Service of Plaintiff's Third Set of Requests for Production of Documents Directed to Defendant West Virginia Medical Corporation d/b/a University Health Associates, which was served on the Defendant, through their counsel of record, by Electronic Mail on the 17th day of June, 2024. A copy of the Certificate of Service and cover page for the aforementioned discovery requests are attached hereto as Exhibit "A."

{W0321807.1}

JONESPASSODELIS, PLLC

By: s/Marie Milie Jones
    MARIE MILIE JONES, Esquire
    WV I.D. #6442
    Email: mjones@jonespassodelis.com

    CONSTANTINE J. PASSODELIS, Esquire
    WV I.D. #6260
    Email: dpassodelis@jonespassodelis.com

    Gulf Tower, Suite 3410
    707 Grant Street
    Pittsburgh, PA  15219
    Phone: (412) 315-7272
    Fax: (412) 315-7273

    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded to counsel of record by:

    _____  U.S. First Class Mail, Postage Paid
    _____  Hand Delivery
    _____  Certified Mail, Return Receipt Requested
    _____  E-Mail
    _____  Facsimile Transmittal
    _____  UPS Delivery
    __X__  Electronic Filing/Service

at the following address:

Justin M. Harrison, Esquire
Laura H. Lorensen, Esquire
Jackson Kelly PLLC
500 Lee Street, East, Suite 1600
Post Office Box 553
Charleston, WV 25322
*(Counsel for Defendant, West Virginia Medical Corporation d/b/a University Health Associates)*

JONESPASSODELIS, PLLC

Date:  June 17, 2024

s/Marie Milie Jones
MARIE MILIE JONES, Esquire
CONSTANTINE J. PASSODELIS, Esquire

Counsel for Plaintiff

{W0321807.1}