# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MARK R. LEE, M.D., <br><br> Plaintiff, <br><br> v. <br><br> WEST VIRGINIA UNIVERSITY, WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE and WEST VIRGINIA MEDICAL CORPORATION d/b/a UNIVERSITY HEALTH ASSOCIATES, <br><br> Defendants. | Civil Action No. 1:22-cv-156 <br><br> Judge Thomas S. Kleeh <br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT WEST VIRGINIA MEDICAL CORPORATION d/b/a UNIVERSITY HEALTH ASSOCIATES**

AND NOW, comes the Plaintiff, Mark R. Lee, M.D., by and through his undersigned counsel, JonesPassodelis, PLLC, and propounds the following Third Set of Requests for Production of Documents Directed to Defendant West Virginia Medical Corporation d/b/a University Health Associates and, pursuant to the Federal Rules of Civil Procedure, demands that full, complete, and responsive answers to the Interrogatories and Requests for Production of Documents be served within thirty (30) days of the date of service hereof.

The Requests for Production of Documents shall be deemed to be continuing in nature so as to require the supplementation of your answers if and when additional information should become known in response to the Requests for Production of Documents subsequent to the filing and serving of answers to same.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded to counsel of record by:

    \_\_\_\_\_  U.S. First Class Mail, Postage Paid

    \_\_\_\_\_  Hand Delivery

    \_\_\_\_\_  Certified Mail, Return Receipt Requested

    __X__  E-Mail

    \_\_\_\_\_  Facsimile Transmittal

    \_\_\_\_\_  UPS Delivery

    \_\_\_\_\_  Electronic Filing/Service

at the following address:

> Justin M. Harrison, Esquire
> Laura H. Lorensen, Esquire
> Jackson Kelly PLLC
> 500 Lee Street, East, Suite 1600
> Post Office Box 553
> Charleston, WV 25322
> *(Counsel for Defendant, West Virginia Medical Corporation d/b/a University Health Associates)*

JONESPASSODELIS, PLLC

Date: June 17, 2024

s/Marie Milie Jones
MARIE MILIE JONES, Esquire
CONSTANTINE J. PASSODELIS, Esquire

Counsel for Plaintiff

{W0316226.1}