IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**MARK R. LEE,**

    **Plaintiff,**

v.   CIVIL ACTION NO. 1:22-CV-156
          (KLEEH)

**WEST VIRGINIA UNIVERSITY, WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE, and WEST VIRGINIA UNIVERSITY MEDICAL CORPORATION, doing business as University Health Associates,**

    **Defendants.**

## ORDER SCHEDULING MOTION HEARING

Pending before the Court is *Defendant's Motion for Summary Judgment* [ECF No. 117]. The Court **SCHEDULES** a hearing to take up the motion on **December 16, 2024, at 3:30 P.M.**, at the **Clarksburg, West Virginia,** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 22, 2024

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA