```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                         CLARKSBURG
```

**MARK R. LEE,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 1:22-CV-156**
                                                                               **(KLEEH)**

**WEST VIRGINIA UNIVERSITY, WEST VIRGINIA
UNIVERSITY SCHOOL OF MEDICINE, and
WEST VIRGINIA UNIVERSITY MEDICAL CORPORATION,
doing business as University Health Associates,**

    **Defendants.**

## ORDER RESCHEDULING MOTION HEARING

The Court scheduled a hearing on *Defendant's Motion for Summary Judgment* [ECF No. 117] for December 16, 2024, at 3:30 P.M. For reasons appearing to the Court, the hearing is **RESCHEDULED** to **December 16, 2024, at 1:30 P.M.,** at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 13, 2024

                                                          */s/ Thomas S. Kleeh*
                                        THOMAS S. KLEEH, CHIEF JUDGE
                                        NORTHERN DISTRICT OF WEST VIRGINIA