```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                     CLARKSBURG
```

**MARK R. LEE,**

    **Plaintiff,**

v.                           CIVIL ACTION NO. 1:22-CV-156
                                                  (KLEEH)

**WEST VIRGINIA UNIVERSITY, WEST VIRGINIA**
**UNIVERSITY SCHOOL OF MEDICINE, and**
**WEST VIRGINIA UNIVERSITY MEDICAL CORPORATION,**
**doing business as University Health Associates,**

    **Defendants.**

## ORDER CANCELLING PRETRIAL CONFERENCE

For reasons appearing to the Court, the final pretrial conference and settlement conference scheduled for January 6, 2025, at 11:00 A.M. is hereby **CANCELLED**. The Court will reschedule the hearing at a later date, if necessary.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 30, 2024

                                    /s/ Tom S. Kleeh
                                    THOMAS S. KLEEH, CHIEF JUDGE
                                    NORTHERN DISTRICT OF WEST VIRGINIA