```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                      CLARKSBURG
```

**MARK R. LEE,**

    **Plaintiff,**

v.                                              CIVIL ACTION NO. 1:22-CV-156
                                                        (KLEEH)

**WEST VIRGINIA UNIVERSITY, WEST VIRGINIA
UNIVERSITY SCHOOL OF MEDICINE, and
WEST VIRGINIA UNIVERSITY MEDICAL CORPORATION,
doing business as University Health Associates,**

    **Defendants.**

## ORDER

For reasons appearing to the Court, the jury trial previously scheduled to begin on January 21, 2025, in this matter is **GENERALLY CONTINUED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: January 10, 2025

                                                 /s/ Tom S. Kleeh
                                                 THOMAS S. KLEEH, CHIEF JUDGE
                                                 NORTHERN DISTRICT OF WEST VIRGINIA