UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Mark R. Lee, M.D.

*Plaintiff(s)*

v.   Civil Action No. 1:22-cv-156

West Virginia University Medical Corporation dba University Health Associates

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Defendant's Motion for Summary Judgments GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Date: February 27, 2025

*CLERK OF COURT*
Cheryl Dean Riley
/s/ D. Kinsey

*Signature of Clerk or Deputy Clerk*