FILED:  March 28, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

—————————————

No. 25-1306
(1:22-cv-00156-TSK)

—————————————

MARK R. LEE, M.D.

              Plaintiff - Appellant

v.

WEST VIRGINIA UNIVERSITY MEDICAL CORPORATION, d/b/a University
Health Associates

              Defendant - Appellee

———————————————————————————————

This case has been opened on appeal.

| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
|---|---|
| Originating Case Number | 1:22-cv-00156-TSK |
| Date notice of appeal filed in originating court: | 03/26/2025 |
| Appellant(s) | Mark R. Lee |
| Appellate Case Number | 25-1306 |
| Case Manager | Ashley Brownlee 804-916-2704 |